FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 24 2009 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CABLEVISION SYSTEMS NEW YORK CITY
CORPORATION,

                           Plaintiff,                   ORDER

    - against -                            02-CV-372 (NG)(RML)

WINSTON FRASER,

                           Defendant.
-----------------------------------------------------------x

**GERSHON, United States District Judge:**

The Report and Recommendation of Magistrate Judge Levy issued on May 13, 2009 recommends that judgment be entered in favor of plaintiff and against defendant in the amount of $6,281.50 in statutory damages, and that plaintiff also be awarded $6,100 in attorney's fees and costs. Defendant makes no objection to Judge Levy's Report. Having reviewed Judge Levy's Report, I therefore direct that judgment be entered by the Clerk of Court and an award made in the amount of $6,281.50 in statutory damages and $6,100 in attorney's fees and costs, for a total of $12,318.50.

                                                **SO ORDERED.**

                                                s/NG
                                                **NINA GERSHON**
                                                **United States District Judge**

Dated: Brooklyn, New York
         June 22, 2009